CLOSED,IFPGR,MIDP,STD

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:18−cv−01714−DGC

Brittain,et al v. Twitter Incorporated  
Assigned to: Judge David G Campbell  
Demand: $1,000,000,000  
 Related Case:  2:18−cv−02366−GMS  
Cause: 42:1981 Civil Rights  

Date Filed: 06/05/2018  
Date Terminated: 01/04/2019  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Craig R Brittain**  
*an individual and U.S. Senate candidate in Arizona in the 2018 Federal Elections*

represented by **Craig R Brittain**  
8625 E Sharon Dr.  
Scottsdale, AZ 85260  
602−502−5612  
Email: craigrbrittain@gmail.com  
PRO SE  

**Plaintiff**

**Brittain For US Senate**  
*a principal campaign committee, and on behalf of all similarly affected users of Twitter*

represented by **Brittain For US Senate**  
c/o Craig R Brittain  
8625 E Sharon Dr.  
Scottsdale, AZ 85260  
602−502−5612  
Email: craigrbrittain@gmail.com  
PRO SE  

V.

**Defendant**

**Twitter Incorporated**  
*a California corporation*

represented by **Jean−Jacques Cabou**  
Perkins Coie LLP − Phoenix, AZ  
P.O. Box 400  
Phoenix, AZ 85001−0400  
602−351−8000  
Fax: 602−648−7000  
Email: jcabou@perkinscoie.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2018 | Ï 1 | COMPLAINT filed by Craig R Brittain, Brittain For US Senate.(HLA) (Entered: 06/06/2018) |
| 06/05/2018 | Ï 2 | APPLICATION To Proceed In District Court Without Prepaying Fees Or Costs (Long Form) by Craig R Brittain. (HLA) (Entered: 06/06/2018) |
| 06/05/2018 | Ï 3 | REQUEST BY NON−PRISONER PRO SE PARTY FOR ELECTRONIC NOTICING filed by Craig R Brittain. Pro se parties must promptly notify the Clerks Office, in writing, if there is a |

| | | |
|---|---|---|
| | | change in designated e–mail address or mailing address. (HLA) (Entered: 06/06/2018) |
| 06/05/2018 | Ï 4 | This case has been assigned to the Honorable Bridget S Bade. All future pleadings or documents should bear the correct case number: CV–18–1714–PHX–BSB. Magistrate Election form attached. (Attachments: # 1 Magistrate Consent Form Instructions)(HLA) (Entered: 06/06/2018) |
| 06/06/2018 | Ï 5 | NOTICE TO THE PARTIES – The Court is participating in the Mandatory Initial Discovery Pilot (MIDP) and this case is subject to that pilot. The key features and deadlines are set forth in the attached Notice which includes General Order 17–08. Also attached is a checklist for use by the parties. All parties must respond to the mandatory initial discovery requests set forth in the General Order before initiating any further discovery in this case. Please note: The discovery obligations in the General Order supersede the disclosures required by Rule 26(a)(1). Any party seeking affirmative relief must serve a copy of the attached documents (Notice to Parties, including General Order 17–08 and MIDP Checklist) on each new party when the Complaint, Counterclaim, Crossclaim, or Third–Party Complaint is served. (HLA) (Entered: 06/06/2018) |
| 06/06/2018 | Ï 6 | NOTICE TO SELF–REPRESENTED LITIGANT re informational documents attached: (1) Notice to Self–Represented Litigant, (2) Federal Court Self–Service Clinic Flyer, (3) Fed. R. Civ. P. 5.2, and (4) Notice and Request re Electronic Noticing. (HLA) (Entered: 06/06/2018) |
| 06/19/2018 | Ï 8 | Party Elects Assignment of Case to District Judge Jurisdiction. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 06/20/2018) |
| 06/19/2018 | Ï 10 | MOTION to Allow Electronic Filing by a Party Appearing Without an Attorney by Craig R Brittain, Brittain For US Senate. (MSA) (Entered: 06/21/2018) |
| 06/19/2018 | Ï 11 | *NOTICE of Service of Responses to Mandatory Initial Discovery (MIDP)/Mandatory Initial Discovery Process filed by Plaintiff (MSA) *Modified on 6/25/2018 to correct event; NEF regenerated (MSA)(CEI). (Entered: 06/21/2018) |
| 06/20/2018 | Ï 9 | MINUTE ORDER: Pursuant to Local Rule 3.7(b), a request has been received for a random reassignment of this case to a District Judge. FURTHER ORDERED Case reassigned by random draw to Judge David G. Campbell. All further pleadings/papers should now list the following COMPLETE case number: CV–18–1714–PHX–DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 06/20/2018) |
| 06/22/2018 | Ï 12 | ORDER –Plaintiff's 2 Application to Proceed in Forma Pauperis is granted. Plaintiff's 1 Complaint is dismissed without prejudice. Plaintiff's 10 Motion to Allow Electronic Filing is denied. Plaintiff shall have until July 11, 2018, to file an amended complaint. If Plaintiff fails to file an amended complaint by that date, the Court will instruct the clerk to dismiss this case and close the file. Signed by Judge David G Campbell on 6/22/18. (MSA) (Entered: 06/22/2018) |
| 06/26/2018 | Ï 13 | AMENDED COMPLAINT against Twitter Incorporated filed by Craig R Brittain, Brittain For US Senate.(SLQ) (Entered: 06/27/2018) |
| 07/27/2018 | Ï 14 | MOTION for Preliminary Injunction by Craig R Brittain. (DXD) (Entered: 07/27/2018) |
| 08/31/2018 | Ï 15 | MOTION for Reconsideration re: 12 Order on Motion to Allow Electronic Filing, MOTION for Expedited Service/Personal or Third Party Process of Service by Craig R Brittain, Brittain For US Senate. (REK) (Entered: 09/04/2018) |
| 09/10/2018 | Ï 16 | MOTION to Reassign Case (Titled: Motion for Change of Judge) by Craig R Brittain, Brittain For US Senate. (REK) (Entered: 09/10/2018) |
| 09/28/2018 | Ï 17 | ORDER: Plaintiff's motion for expedited service/personal or third party process of service and motion for reconsideration 15 is denied. The deadline for Plaintiff to properly serve his summons, amended complaint, notice to the parties regarding the Mandatory Initial Discovery Pilot, and motion for preliminary injunction, on Defendant is extended to November 27, 2018. Signed by |

| | | |
|---|---|---|
| | | Senior Judge David G Campbell on 9/27/2018. (REK) (Entered: 09/28/2018) |
| 10/04/2018 | | Summons Issued as to Twitter Incorporated at counter to plaintiff. (BAS) This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (Entered: 10/04/2018) |
| 10/05/2018 | 18 | ORDER denying Plaintiff's 16 Motion to for Change of Judge. See document for complete details. Signed by Senior Judge David G Campbell on 10/5/18. (MSA) (Entered: 10/05/2018) |
| 10/23/2018 | 19 | SERVICE EXECUTED filed by Craig R Brittain, Brittain For US Senate: Rule 4 Waiver of Service of Summons. Waiver sent on 10/10/18 to Twitter Incorporated. (Attachments: # 1 Notice of Lawsuit and Request to Waive Service of a Summons)(SLQ) (Entered: 10/23/2018) |
| 10/26/2018 | 20 | ORDER SETTING RULE 16 CASE MANAGEMENT CONFERENCE – Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a Case Management Conference is set for December 13, 2018 at 4:30 p.m. in Courtroom 603, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003–2151. (See document for complete details). Signed by Senior Judge David G Campbell on 10/26/18. (SLQ) (Entered: 10/26/2018) |
| 11/02/2018 | 21 | NOTICE of Appearance by Jean–Jacques Cabou on behalf of Twitter Incorporated. (Cabou, Jean–Jacques) (Entered: 11/02/2018) |
| 11/02/2018 | 22 | *MOTION to Change Venue/Transfer Case by Twitter Incorporated. (Associated Cases: CV–18–01714–PHX–DGC) (Cabou, Jean–Jacques) *Modified on 11/5/2018 to correct motion type (ATD). (Entered: 11/02/2018) |
| 11/02/2018 | 23 | *DECLARATION of Courtney Smith re: 22 MOTION to Change Venue/Transfer Case by Defendant Twitter Incorporated. (Cabou, Jean–Jacques) *Modified text on 11/5/2018 (ATD). (Entered: 11/02/2018) |
| 11/02/2018 | 24 | Corporate Disclosure Statement by Twitter Incorporated. (Cabou, Jean–Jacques) (Entered: 11/02/2018) |
| 11/05/2018 | 25 | *Additional Attachments to Main Document re: 22 MOTION to Change Venue/ Transfer Case by Defendant Twitter Incorporated. (Cabou, Jean–Jacques) *Modified text on 11/5/2018 (ATD). (Entered: 11/05/2018) |
| 11/05/2018 | 26 | NOTICE TO FILER OF DEFICIENCY re: 21 Notice of Appearance, 22 MOTION to Change Venue/Transfer Case, 23 Declaration, 24 Corporate Disclosure Statement and 25 Additional Attachments to Main Document filed by Twitter Incorporated. Documents are not in compliance with LRCiv 7.1(a)(3) – Party names must be capitalized using proper upper and lower case type. *No further action is required*. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ATD) (Entered: 11/05/2018) |
| 11/05/2018 | 27 | RESPONSE to Motion re: 22 Motion to Change Venue/Transfer Case and MOTION to Compel (Request for Hearing) by Craig R Brittain. (ATD) (Entered: 11/06/2018) |
| 11/08/2018 | 28 | RESPONSE in Opposition re: 14 MOTION for Preliminary Injunction filed by Twitter Incorporated. (Cabou, Jean–Jacques) (Entered: 11/08/2018) |
| 11/08/2018 | 29 | DECLARATION of Ryan Mrazik re: 28 Response in Opposition to Motion by Defendant Twitter Incorporated. (Attachments: # 1 Exhibit)(Cabou, Jean–Jacques) (Entered: 11/08/2018) |
| 11/13/2018 | 30 | REPLY to Response to Motion re: 22 MOTION to Change Venue/Transfer Case filed by Twitter Incorporated. (Cabou, Jean–Jacques) (Entered: 11/13/2018) |
| 11/13/2018 | 31 | RESPONSE in Opposition re: 27 MOTION to Compel filed by Twitter Incorporated. (Cabou, Jean–Jacques) (Entered: 11/13/2018) |

| | | |
|---|---|---|
| 11/13/2018 | 32 | SUPPLEMENT re: 27 Response to Motion, REPLY to Response to Motion re: 14 MOTION for Preliminary Injunction, WITHDRAWAL OF DOCUMENT re: 14 MOTION for Preliminary Injunction by Plaintiff Craig R Brittain. (DXD) (Entered: 11/16/2018) |
| 11/26/2018 | 33 | Sur–Reply to 30 Reply to Response to Motion, and REPLY to Response to Motion re: 27 MOTION to Compel filed by Brittain For US Senate. (EJA) (Entered: 11/27/2018) |
| 11/30/2018 | 34 | *MOTION to Stay *or, in the Alternative, MOTION to Extend Deadlines for Answer and Mandatory Initial Discovery Pilot Responses* by Twitter Incorporated. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Cabou, Jean–Jacques). *Added MOTION for Extension of Time to File Answer on 12/3/2018 (EJA). (Entered: 11/30/2018) |
| 11/30/2018 | 35 | DECLARATION of Ryan T. Mrazik re: 34 MOTION to Stay *or, in the Alternative, Extend Deadlines for Answer and Mandatory Initial Discovery Pilot Responses* by Defendant Twitter Incorporated. (Attachments: # 1 Exhibit)(Cabou, Jean–Jacques) (Entered: 11/30/2018) |
| 12/03/2018 | 36 | RESPONSE to Motion re: 34 MOTION to Stay or, in the Alternative, MOTION to Extend Deadlines for Answer and Mandatory Initial Discovery Pilot Responses filed by Craig R Brittain. (EJA) (Entered: 12/04/2018) |
| 12/03/2018 | 37 | Rule 26(f) Report for Mandatory Initial Discovery Pilot (MIDP) filed by Plaintiff Craig R Brittain. (EJA) (Entered: 12/04/2018) |
| 12/03/2018 | 38 | MOTION for Contempt by Craig R Brittain. (EJA) (Entered: 12/04/2018) |
| 12/05/2018 | 39 | REPLY to Response to Motion re: 34 MOTION to Stay *or, in the Alternative, Extend Deadlines for Answer and Mandatory Initial Discovery Pilot Responses* MOTION for Extension of Time to File Answer filed by Twitter Incorporated. (Cabou, Jean–Jacques) (Entered: 12/05/2018) |
| 12/06/2018 | 40 | OBJECTION re: 37 Rule 26(f) Report re MIDP by Defendant Twitter Incorporated. (Cabou, Jean–Jacques) (Entered: 12/06/2018) |
| 12/06/2018 | 41 | DECLARATION of Ryan T. Mrazik *in Support of Objection to Case Management Report* by Defendant Twitter Incorporated. (Cabou, Jean–Jacques) (Entered: 12/06/2018) |
| 12/10/2018 | 42 | ORDER granting 34 Defendant's motion to extend. Plaintiff's motion for contempt (Doc. 38 ) is denied. The Rule 16 Case Management Conference set for December 13, 2018 at 4:30 p.m. is vacated. Signed by Senior Judge David G Campbell on 12/7/18. (EJA) (Entered: 12/10/2018) |
| 12/10/2018 | 43 | *MOTION to Dismiss for Failure to State a Claim by Twitter Incorporated. (Attachments: # 1 Exhibit)(Cabou, Jean–Jacques) *Modified to correct event type on 12/11/2018 (EJA). (Entered: 12/10/2018) |
| 12/10/2018 | 44 | SUR–REPLY to 39 Reply to Response to Motion, RESPONSE to 40 Objection, RESPONSE to 41 Declaration, MOTION to Strike, MOTION to Disqualify Counsel by Craig R Brittain. (EJA) (Entered: 12/11/2018) |
| 12/21/2018 | 45 | RESPONSE in Opposition re: 44 MOTION to Strike 39 Reply to Response to Motion, 40 Objection, 41 Declaration MOTION to Disqualify Counsel filed by Twitter Incorporated. (Cabou, Jean–Jacques) (Entered: 12/21/2018) |
| 01/04/2019 | 46 | ORDER: Defendant's motion to transfer venue (Doc. 22 ) is granted. Plaintiffs' motion to compel (Doc. 27 ) is denied. The clerk is directed to transfer this case to the United States District Court for the Northern District of California. Signed by Senior Judge David G Campbell on 1/4/2019. (EJA) (Entered: 01/04/2019) |