Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Jean-Jacques Cabou, Bar No. 022835
JCabou@perkinscoie.com
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Craig R. Brittain, an individual and US Senate candidate in Arizona in the 2018 Federal Elections;<br><br>Brittain For US Senate, a Principal Campaign Committee (And on behalf of all similarly affected users of Twitter),<br><br>Plaintiffs,<br><br>v.<br><br>Twitter, Inc., a California corporation,<br><br>Defendant. | Case No. 3:19-CV-01114<br><br>**CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

In accordance with the provisions of 28 U.S.C. § 636(c), Defendant Twitter, Inc. ("Twitter") voluntarily consents to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. Twitter understands that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

| | | |
|---|---|---|
| 1 | DATED: January 22, 2019 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: */s/ Julie E. Schwartz*_____ |
| 4 | | Julie E. Schwartz, Bar No. 260624<br>JSchwartz@perkinscoie.com |
| 5 | | Attorneys for Defendant<br>Twitter, Inc. |

-2-

## **PROOF OF SERVICE**

I hereby certify that on January 22, 2019, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing.

I further certify that service was made by United States Postal Service to the following non CM/ECF participants:

>Craig R. Brittain
>8625 E. Sharon Dr.
>Scottsdale, AZ  85260
>602-502-5612
>Email:  craigrbrittain@gmail.com
>PRO SE
>
>Brittain For US Senate
>c/o Craig R. Brittain
>8625 E. Sharon Dr.
>Scottsdale, AZ  85260
>602-502-5612
>Email:  craigrbrittain@gmail.com
>PRO SE

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 22, 2019, at Palo Alto, California.

>*/s/ Ruth St. Amant*
>Ruth St. Amant