Craig R. Brittain
8625 E. Sharon Dr.
Scottsdale, AZ, 85260
(602) 502-5612
craig@brittainforsenate.com
craigrbrittain@gmail.com

FILED
FEB - 4 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTHERN CALIFORNIA

CRAIG R. BRITTAIN, an individual and US Senate candidate in Arizona in the 2018 Federal Elections;

BRITTAIN FOR US SENATE, a Principal Campaign Committee, (And on behalf of all similarly affected users of Twitter).

    Plaintiff(s),

        vs.

TWITTER, INC., a California corporation.

    Defendant.

No. 3:19-CV-00114-SK

**DECLINATION OF MAGISTRATE JUDGE JURISDICTION**

**MOTION FOR ELECTRONIC CASE FILING**

**MOTION TO TRANSFER CASE**

## I. PROLOGUE/SUMMARY

Plaintiff declines Magistrate Jurisdiction, requests Electronic Case Filing, and Motions to return this case to its correct/proper venue.

## II. DECLINATION OF MAGISTRATE JUDGE

    1. Plaintiff declines to have a Magistrate Judge conduct proceedings in accordance with the provisions of 28 U.S.C. § 636(c) and hereby requests that this case be reassigned to a United States District Judge.

### III. MOTION FOR ELECTRONIC CASE FILING

2. Plaintiff in the above-captioned matter respectfully asks the Court for permission to participate in electronic case filing ("e-filing") in this case. Plaintiff hereby affirms he has reviewed the requirements for e-filing and agrees to abide by them. Plaintiff understands that by registering for e-filing, he will receive notices/documents only via email in this case, not via regular mail. Plaintiff has regular access to the technical requirements necessary to e-file successfully: A computer with internet access; An email account on a daily basis to receive notifications from the Court and notices from the e-filing system. A scanner to convert documents that are only in paper format into electronic files; A printer or copier to create required paper copies such as chambers copies; A word-processing program to create documents; and A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed. The email address in use for ECF shall be craigrbrittain@gmail.com.

### IV. MOTION TO TRANSFER CASE

3. Plaintiff's choice of law in this case is law of the State of Arizona. Defendant's contract makes no claims regarding choice of law. Therefore *Verdugo v. Alliantgroup, 237 Cal.App.4th 789 (2015)* applies, which guarantees the exercise of choice of law and forum selection clause broadly to employees and likewise to contractors (to Plaintiffs). § 2810 of the California Labor Code establishes that contract Labor has the same definition as employee Labor under § 200. Thus, as a contractor Plaintiff retains unwaivable rights equal to those of an employee. Plaintiff thereby exercises his unwaivable rights to the above (upheld in *Verdugo, supra*) and respectfully requests the immediate transfer of this case to the District Court of the District of Arizona.

1
2
3
4
5
6
7
8   DATED: January 30, 2019        /s/ Craig R. Brittain
9                                   Craig R. Brittain
10                                  8625 E. Sharon Dr.
11                                  Scottsdale, AZ, 85260
12                                  (602) 502-5612
13                                  craig@brittainforsenate.com
14                                  craigrbrittain@gmail.com
15
16
17
18
19
20
21
22
23
24
25
26
27
28

242579-2101-2050-PRI
Craig Brittain
8625 E Sharon Dr
Scottsdale, AZ 85260-4141

9**************AUTO**MIXED AADC 480

Clerk, US District Court,
450 Golden Gate Ave FL 16
San Francisco, CA 94102-3426