Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Craig R. Brittain, an individual and US Senate candidate in Arizona in the 2018 Federal Elections;<br><br>Brittain For US Senate, a Principal Campaign Committee (And on behalf of all similarly affected users of Twitter),<br><br>        Plaintiffs,<br><br>   v.<br><br>Twitter, Inc., a California corporation,<br><br>        Defendant. | Case No. 4:19-cv-00114-YGR<br><br>**TWITTER'S RE-NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT [DKT. NO. 43]**<br><br>**Fed. R. Civ. Proc. 12(b)(6)**<br><br>Date:      April 16, 2019<br>Time:     2:00 p.m.<br>Courtroom: 1<br>Judge:    Hon. Yvonne Gonzalez Rogers |

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:** |
| 2 | **PLEASE TAKE NOTICE THAT** on April 16, 2019, in Courtroom 1 of the United States District Court, located at 1301 Clay Street, Oakland, California, 94612, or as soon thereafter as the matter may be heard, Defendant Twitter, Inc. ("Twitter") will and hereby does move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss with prejudice Plaintiffs' First Amended Complaint for failure to state a claim upon which relief can be granted on the grounds that (1) each of Plaintiffs' individual claims has not and cannot be sufficiently pled, (2) Plaintiffs' claims are barred by the federal Communications Decency Act, 47 U.S.C. §230, and (3) Plaintiffs' claims are barred by the First Amendment to the U.S. Constitution. *See* Dkt. No. 43. The Motion was fully briefed in the District of Arizona before the case was transferred to this district: Twitter moved to dismiss, and Plaintiff failed to oppose the motion. |

DATED: March 6, 2019

**PERKINS COIE LLP**

By: */s/ Julie E. Schwartz*
    Julie E. Schwartz, Bar No. 260624
    JSchwartz@perkinscoie.com

Attorney for Defendant
Twitter, Inc.

-1-

# **PROOF OF SERVICE**

I hereby certify that on March 6, 2019, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing.

I further certify that service was made by United States Postal Service to the following non CM/ECF participants:

> Craig R. Brittain
> 8625 E. Sharon Dr.
> Scottsdale, AZ  85260
> 602-502-5612
> Email:  craigrbrittain@gmail.com
> PRO SE

> Brittain For US Senate
> c/o Craig R. Brittain
> 8625 E. Sharon Dr.
> Scottsdale, AZ  85260
> 602-502-5612
> Email:  craigrbrittain@gmail.com
> PRO SE

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 6, 2019, at Palo Alto, California.


*/s/ Ruth St. Amant*
Ruth St. Amant