Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Craig R. Brittain, an individual and US Senate candidate in Arizona in the 2018 Federal Elections;<br><br>Brittain For US Senate, a Principal Campaign Committee (And on behalf of all similarly affected users of Twitter),<br><br>Plaintiffs,<br><br>v.<br><br>Twitter, Inc., a California corporation,<br><br>Defendant. | Case No. 4:19-cv-00114-YGR<br><br>**AMENDED PROOF OF SERVICE** |

I hereby certify that, on March 7, 2019, I caused service to be made by the United States Postal Service upon the person(s) listed below:

**TWITTER'S RE-NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT [DKT. NO. 43]**

**[PROPOSED] ORDER**

Craig R. Brittain
8625 E. Sharon Dr.
Scottsdale, AZ  85260
602-502-5612
Email:  craigrbrittain@gmail.com
PRO SE

Brittain For US Senate
c/o Craig R. Brittain
8625 E. Sharon Dr.
Scottsdale, AZ  85260
602-502-5612
Email:  craigrbrittain@gmail.com
PRO SE

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 7, 2019, at Palo Alto, California.

*/s/ Ruth St. Amant*
Ruth St. Amant