Craig R. Brittain
8625 E. Sharon Dr.
Scottsdale, AZ, 85260
(602) 502-5612
craig@brittainforsenate.com
craigrbrittain@gmail.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRAIG R. BRITTAIN, AN INDIVIDUAL AND U.S. SENATE CANDIDATE IN ARIZONA; AND BRITTAIN FOR U.S. SENATE, A CAMPAIGN COMMITTEE,**<br><br>Plaintiffs,<br><br>vs.<br><br>**TWITTER, INC., A CALIFORNIA CORPORATION,**<br><br>Defendant. | CASE NO. 19-cv-00114-YGR<br><br>**MOTION FOR TIME EXTENSION/ RESCHEDULING** |

## I. MOTION FOR TIME EXTENSION

Plaintiff files the following motion to extend the deadlines regarding Defendant's Motion to Dismiss and the pending Case Management Conference. Plaintiff thereby requests that the Case Management Conference be set for on or after May 2nd, 2019, that the opposition be due April 26th, 2019, and that the Defendant's reply be due May 3rd, 2019. Due to the technical nature of this case and the substantial difficulty of Pro Se Plaintiff in filing, as well as the previous inability to file electronically, Plaintiff would be substantially deprived of due process rights without this limited extension. Plaintiff also has the intent to file concurrent motions expediently. The concurrent filing of hundreds of pieces of evidence simply requires time, evidence without which the ability of the Court to rule would be significantly limited. This evidence is also a key factor in the pending Discovery process, as it directly pertains to Plaintiff's Discovery requests and does advance and corroborate his causes of action. The evidence includes but is not limited to multiple statements "tweets", statements made elsewhere in support of Plaintiff's claims by affected parties, video evidence, including claims made by the Defendant recorded on video, photographic evidence, print articles in which the Defendant did give contradictory statements about the nature of its service, background evidence about the nature of the public forum claims and similar evidentiary supporting material. Thus, the short extension should be GRANTED.

1
2
3
4
5
6   DATED: March 19, 2019   _____
7                                                    Craig R. Brittain
                                                     8625 E. Sharon Dr.
                                                     Scottsdale, AZ, 85260
8                                                    (602) 502-5612
                                                     craig@brittainforsenate.com
                                                     craigrbrittain@gmail.com
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25