# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRAIG R BRITTAIN, ET AL.,**<br>Plaintiffs,<br>vs.<br>**TWITTER INCORPORATED,**<br>Defendant. | CASE NO. 19-cv-00114-YGR<br><br>**ORDER GRANTING MOTION FOR EXTENSION AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 61 |

The Court **GRANTS** pro se plaintiff's motion for an extension of time and **ORDERS** as follows:

1. Plaintiff's opposition or response to the pending motion to dismiss is now due **April 26, 2019**;
2. Defendant's reply in support of its motion to dismiss is now due **May 3, 2019**; and
3. The initial case management conference currently scheduled for Monday, April 29, 2019 is hereby **VACATED** pending the Court's resolution of defendant's motion to dismiss.

This Order terminates Docket Number 61.

**IT IS SO ORDERED.**

Dated: March 19, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**