Craig R. Brittain
8625 E. Sharon Dr.
Scottsdale, AZ, 85260
(602) 502-5612
craig@brittainforsenate.com
craigrbrittain@gmail.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRAIG R. BRITTAIN, AN INDIVIDUAL AND U.S. SENATE CANDIDATE IN ARIZONA; AND BRITTAIN FOR U.S. SENATE, A CAMPAIGN COMMITTEE,** | CASE NO. 19-cv-00114-YGR |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | Hon. Yvonne Gonzalez Rogers |
| **TWITTER, INC., A CALIFORNIA CORPORATION,** | |
| Defendant. | |

The Court, having considered Defendant's Motion to Dismiss as well as Plaintiff's Response, hereby ORDERS that the Defendant's Motion is DENIED.

The Court recognizes that additional Discovery and Case Management proceedings will need to be scheduled in "the most favorable light to the non-movant."

The Court has not witnessed the full depth of this case, nor are the factors present for either a dismissal and/or a summary judgment. Nor does Defendant attempt to establish the factors necessary for a dismissal, instead placing misguided reliance upon imaginary perceived immunity where none exists. Nor does Defendant attempt to prove that this Court should rule with prejudice. Defendant fails to show under Fed R. Civ P. 56 that there is "no genuine dispute as to any material fact" and this Court must rule "in the light most favorable to the non-movant", the Plaintiff.

In that light, with many facts still yet to be established and a long and complex track ahead, this Court shall proceed with Discovery and Case Management.

Therefore, Discovery/Document Production shall be due on _____,

And a Case Management Conference shall be scheduled for _____.

IT IS SO ORDERED.   DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE