# EVIDENCE

The following pages, articles, citations, links, images, videos and references are presented as evidence of Plaintiff's Claims under *FRE 401 and 402*.

## LINKS/ARTICLES/VIDEOS

1. https://www.nytimes.com/2018/06/05/opinion/first-amendment-trump-twitter.html
2. http://time.com/5403843/white-house-order-investigate-google-facebook-practices/
3. https://twitter.com/NoahRFeldman/status/1004427141281406981
4. https://www.foxnews.com/politics/nunes-files-bombshell-defamation-suit-against-twitter-seeks-250m-for-anti-conservative-shadow-bans-smears
5. https://www.scribd.com/document/402297422/Nunes-Complaint-3-18-19
6. https://www.courthousenews.com/sen-flakes-withdrawal-sets-off-free-arizona/
7. https://www.fec.gov/data/candidate/S8AZ00189/
8. https://www.youtube.com/watch?v=_mP9OmOFxc4
9. https://www.youtube.com/watch?v=DZCBRHOg3PQ
10. https://www.judiciary.senate.gov/meetings/stifling-free-speech-technological-censorship-and-the-public-discourse
11. https://www.newyorker.com/magazine/2013/10/21/two-hit-wonder
12. https://www.nypl.org/blog/2010/06/30/social-media-public-expectation
13. https://www.nytimes.com/2016/06/09/technology/the-spanish-town-that-runs-on-twitter.html
14. http://valleywag.gawker.com/jack-dorsey-screwed-his-friends-at-twitter-1442895501
15. https://www.forbes.com/sites/ryanmac/2013/10/04/who-owns-twitter-a-look-at-jack-dorsey-evan-williams-and-the-companys-largest-shareholders

16. https://www.youtube.com/watch?v=11_DTV8bMa4
17. https://www.youtube.com/watch?v=1zkS7bJMmG8
18. https://www.vanityfair.com/news/2011/04/jack-dorsey-201104
19. https://venturebeat.com/2012/01/30/dick-costolo-media/
20. https://www.npr.org/sections/alltechconsidered/2013/03/21/174858681/on-its-7th-birthday-is-twitter-still-the-free-speech-party
21. https://searchengineland.com/twitter-as-utility-like-running-water-thats-goal-says-ceo-64803
22. https://www.procon.org/headline.php?headlineID=005063
23. https://phys.org/news/2012-01-twitter-ceo-blocking-policy-over-distilled.html
24. https://pitchbook.com/news/articles/a-brief-history-of-twitters-valuation
25. https://www.wired.com/2012/06/ff_dorsey/
26. https://www.woculus.com/twitter-co-founder-jack-dorsey/
27. http://www.finfacts.ie/irishfinancenews/article_1021951.shtml
28. https://digitalcommons.assumption.edu/cgi/viewcontent.cgi?article=1005&context=honorstheses
29. https://www.theguardian.com/media/2012/mar/22/twitter-tony-wang-free-speech
30. https://latimesblogs.latimes.com/technology/2012/01/twitter-nation-specific-block-backlash.html
31. https://www.nytimes.com/2012/01/28/technology/when-twitter-blocks-tweets-its-outrage.html
32. https://gigaom.com/2013/08/09/jack-dorsey-on-twitters-turning-point-as-a-news-entity-the-day-a-plane-landed-in-the-hudson/
33. https://gigaom.com/2013/10/01/new-frontiers-in-twitter-diplomacy-barack-obama-the-president-of-iran-and-jack-dorsey/

34. https://www.huffpost.com/entry/jack-dorsey-nyc-mayor_b_2924784
35. https://www.washingtonpost.com/business/technology/twitter-turns-7-users-send-over-400-million-tweets-per-day/2013/03/21/2925ef60-9222-11e2-bdea-e32ad90da239_story.html
36. https://www.dailymail.co.uk/news/article-2092606/Twitter-sparks-free-speech-fury-announcing-censor-messages-country-country.html
37. https://arielwaldman.com/2008/05/22/twitter-refuses-to-uphold-terms-of-service/
38. http://content.time.com/time/world/article/0,8599,1905125,00.html
39. http://snap.stanford.edu/soma2010/papers/soma2010_17.pdf
40. https://www.heritage.org/global-politics/report/all-twitter-how-social-networking-shaped-irans-election-protests
41. https://www.reuters.com/article/us-iran-election-twitter-usa/u-s-state-department-speaks-to-twitter-over-iran-idUSWBT01137420090616
42. https://obamawhitehouse.archives.gov/blog/2011/06/30/askobama-first-ever-twitter-townhall-white-house
43. https://obamawhitehouse.archives.gov/blog/2011/07/07/president-obama-twitter-town-hall-economy-jobs-deficit-and-space-exploration
44. https://www.youtube.com/watch?v=Fe-rIymyxys
45. https://www.brookings.edu/opinions/obamas-twitter-strategy/
46. https://mashable.com/2012/06/15/obama-twitter-townhall-2/
47. https://www.theguardian.com/technology/2011/jul/06/barack-obama-twitter-town-hall
48. https://www.theguardian.com/technology/2008/nov/07/barackobama-uselections2008
49. https://bits.blogs.nytimes.com/2008/11/07/how-obamas-internet-campaign-changed-politics/

50. https://www.wired.com/2008/07/mccain-says-hes/
51. https://www.telegraph.co.uk/news/worldnews/us-election/9660533/Barack-Obamas-four-more-years-tweet-most-popular-ever.html
52. https://www.methodshop.com/2008/08/obama-1-on-twitter.shtml
53. https://www.nytimes.com/2012/09/03/technology/twitter-chief-lawyer-alexander-macgillivray-defender-free-speech.html
54. https://www.eff.org/deeplinks/2012/01/us-government-calls-censor-twitter-threaten-free-speech
55. https://www.telegraph.co.uk/news/uknews/law-and-order/9846043/Twitter-cases-threat-to-freedom-of-speech.html
56. https://www.theguardian.com/commentisfree/2013/jan/02/free-speech-twitter-france
57. https://www.theguardian.com/law/2012/jul/27/twitter-joke-victory-free-speech
58. https://www.forbes.com/sites/erikkain/2012/01/28/twitter-censorship-and-the-future-of-authoritarianism-in-a-high-tech-world/#2f335cb6264a
59. https://www.newstatesman.com/blogs/politics/2012/10/social-media-prosecutions-threaten-free-speech-uk-and-beyond
60. http://www.thecommentator.com/article/3714/to_what_standard_of_free_speech_should_we_hold_twitter
61. http://www.cnn.com/2011/WORLD/americas/09/07/mexico.twitter.analysts/index.html
62. https://www.zdnet.com/article/twitters-landmark-court-ruling-why-british-free-speech-is-over/
63. https://www.digitaltrends.com/social-media/twitter-stalking-is-protected-free-speech-judge-rules/

64. https://newrepublic.com/article/113045/free-speech-internet-silicon-valley-making-rules
65. https://www.wired.com/2012/07/twitter-restores-journalists-account-but-remains-at-ethical-crossroads/
66. http://www.startribune.com/editorial-as-twitter-expands-legal-issues-abound/138816249/
67. https://blogs.lse.ac.uk/mediapolicyproject/2012/09/27/the-trouble-with-defining-the-limits-of-free-speech-online/
68. https://www.texastribune.org/2019/04/23/texas-senate-bill-lets-state-sue-social-media-companies/
69. https://nypost.com/2019/04/23/donald-trump-accuses-twitter-of-censoring-him-other-republicans/
70. https://www.forbes.com/sites/kalevleetaru/2018/01/12/is-twitter-really-censoring-free-speech/#1b4914ee65f5
71. https://townhall.com/columnists/rachelalexander/2019/02/18/twitter-censoring-conservatives-is-worse-than-it-appears-n2541627
72. https://www.businessinsider.com/twitter-has-gone-from-bastion-of-free-speech-to-global-censor-2017-6
73. https://quillette.com/2019/02/12/it-isnt-your-imagination-twitter-treats-conservatives-more-harshly-than-liberals/
74. https://www.pewinternet.org/2018/06/28/public-attitudes-toward-technology-companies/
75. https://quillette.com/2019/02/26/why-im-suing-twitter/
76. https://quillette.com/2018/11/30/quillette-podcast-4-meghan-murphy-on-why-twitter-was-wrong-to-ban-her/
77. https://www.infowars.com/watch-how-trump-can-transcend-twitter-stop-corporate-censorship/

78. https://www.breitbart.com/tech/2018/09/05/jack-dorsey-says-twitter-is-a-public-square-more-than-5-times/

79. https://www.foxnews.com/politics/ted-cruz-twitter-executive-spar-over-alleged-censorship-shadowbanning-of-conservatives

80. https://thehill.com/opinion/technology/434407-conservatives-face-a-tough-fight-as-big-techs-censorship-expands

81. https://www.washingtonexaminer.com/twitters-censorship-may-be-unconstitutional

82. https://www1.cbn.com/cbnnews/world/2018/may/twitter-admits-shadowban-plan-conservatives-on-twitter-brace-for-more-censorship

83. https://dailycaller.com/2018/07/29/twitter-conservative-shadowban/

84. https://dailycaller.com/2018/07/27/rep-gaetz-twitter-shadowban-intentional/

85. https://www.yahoo.com/lifestyle/twitter-accused-censorship-anti-abortion-film-unplanned-suspended-181515648.html

86. https://www.liveaction.org/live-action-applauds-senate-committee-hearing-on-twitter-censorship-of-pro-life-film-and-voices/

87. https://www.dailywire.com/news/25744/bombshell-report-twitter-admits-censoring-ryan-saavedra

88. https://www.youtube.com/watch?v=64gTjdUrDFQ

89. https://www.youtube.com/watch?v=ULYI1uhK8g4

90. https://www.youtube.com/watch?v=SMU4SZ_Cims

91. https://energycommerce.house.gov/committee-activity/hearings/hearing-on-twitter-transparency-and-accountability-full-committee

92. https://thefederalist.com/2018/11/27/top-house-committee-investigating-twitter-ceo-jack-dorsey-for-lying-to-congress/

93. https://thehill.com/homenews/media/418541-conservative-commentator-back-on-twitter-after-being-banned

94. https://www.nationalreview.com/corner/josh-hawley-calls-for-third-party-audit-of-twitter/

95. https://www.dawn.com/news/1451339

96. https://www.breitbart.com/tech/2019/02/28/twitter-warns-michelle-malkin-for-violating-pakistans-sharia-law-on-platform/

97. https://cpj.org/2019/02/pakistani-journalist-arrested-for-critical-twitter.php

98. https://twitter.com/ewarren/status/1104019339215278080

99. https://medium.com/@teamwarren/heres-how-we-can-break-up-big-tech-9ad9e0da324c

100. https://thenextweb.com/insider/2011/10/02/facebook-twitter-itunes-and-google-the-rise-of-digital-monopolies/

101. https://www.theguardian.com/commentisfree/2018/nov/20/facebook-google-antitrust-laws-gilded-age

102. https://www.vox.com/policy-and-politics/2019/2/10/18205386/amy-klobuchar-2020-tech-policy-antitrust-minnesota

103. http://theconversation.com/federal-judge-rules-trumps-twitter-account-is-a-public-forum-97159

104. https://www.americanbar.org/groups/crsj/publications/human_rights_magazine_home/the-ongoing-challenge-to-define-free-speech/public-forum-social-media/

105. https://fas.org/sgp/crs/misc/LSB10141.pdf

106. https://www.nytimes.com/2019/03/28/opinion/trump-twitter-lawsuit.html

107. https://www.law.com/newyorklawjournal/2019/03/26/2nd-circuit-panel-considers-whether-trumps-personal-twitter-account-is-a-public-forum/

108. https://journaltimes.com/news/local/federal-judge-vos-twitter-block-violated-free-speech-rights/article_3a4aec7c-9566-58d5-a942-ff3c708eb054.html

109. https://www.usatoday.com/story/tech/2019/03/06/twitter-ceo-company-too-aggressive-banning-some-accounts/3086547002/
110. https://www.foxnews.com/tech/twitters-jack-dorsey-says-company-was-probably-way-too-aggressive-in-banning
111. https://www.businessinsider.com/jack-dorsey-twitter-account-suspended-mistake-2016-11
112. https://www.bbc.com/news/world-asia-india-47208172
113. https://www.cjr.org/the_new_gatekeepers/twitter-alex-jones-free-speech.php
114. https://www.bloomberg.com/news/features/2017-11-29/how-to-tame-google-facebook-amazon-and-apple
115. https://www.nationalreview.com/2016/08/facebook-censors-science-journalism-removes-pro-gmo-page/

# TABLE OF AUTHORITIES

**Knight First Amendment Institute v. Trump et al. (1:17-cv-05205)**

**Packingham v. North Carolina, 137 S. Ct. 1730 (2017)**

**Marsh v. Alabama, 326 U.S. 501 (1946)**

**Reno v. American Civil Liberties Union, 521 U.S. 844 (1997)**

**Porter ex rel v. Twitter (3:16-cv-06136)**

**In re: Twitter Inc. Shareholder Derivative Litigation (1:18-cv-00062)**

**Shenwick et al. v. Twitter (3:16-cv-05314)**

**United States v. American Tel. and Tel. Co., 552 F. Supp. 131 (D.D.C. 1983)**

**Rodman v. Safeway (11-cv-03003)**

**Morrison v. Amway Corp., 49 F. Supp. 2d 529 (S.D. Tex. 1998)**

**Harris v. Blockbuster, 622 F.Supp.2d 396 (2009)**

**Douglas ex rel. v. Talk America (cv-06-03809)**

**Nguyen v. Barnes & Noble, Inc., 763 F. 3d 1171**

**Am. Atheists v. Port. Auth. of NY and NJ, 760 F.3d 227, 237 n.11 (2d Cir. 2014)**

**Cornelius v. NAACP Leg. Def. Fund, 473 U.S. 788 (1985)**

**Perry Educ. Ass'n v. Perry Educators' Ass'n, 460 U.S. 37 (1983)**

**Christian Legal Soc. Chapter of Univ. of Cal., Hastings College of Law v. Martinez, 561 U.S. 661 (2010)**

**Southeastern Promotions, Ltd. v. Conrad, 420 U.S. 546 (1975)**

**Halleck v. Manhattan Community Access Corp., 882 F.3d 300 (2018)**

**Ridley v. Mass. Bay Transp. Auth., 390 F.3d 65, 77 (1st Cir. 2004)**

**Pleasant Grove City v. Summum, 555 U.S. 460 (2009)**

**Schneider v. State (Town of Irvington), 308 US 147 (1939)**

**Lovell v. City of Griffin, 303 U.S. 444 (1938)**

**Horton v. Horton, 254, Va. 111/115 (1997)**

**Dillon v. Legg, 68 Cal. 2D 728 (1968)**

**Cohen v. Cowles Media Company (No. 90-634) (1991) 501 U.S. 663**