# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRAIG R. BRITTAIN, AN INDIVIDUAL AND U.S. SENATE CANDIDATE IN ARIZONA; AND BRITTAIN FOR U.S. SENATE, A CAMPAIGN COMMITTEE,**<br><br>Plaintiffs,<br><br>vs.<br><br>**TWITTER, INC., A CALIFORNIA CORPORATION,**<br><br>Defendant. | CASE NO. 19-cv-00114-YGR<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

**TO PLAINTIFF CRAIG R. BRITTAIN:**
**This Order concerns your action.**

By Order issued June 10, 2019, plaintiff was directed to file, by no later than July 9, 2019, an amended complaint. (Dkt. No. 65.) As of the date of this order, plaintiff has not filed any such amended complaint, or any other documents since March 19, 2019. Accordingly, having failed to pursue this action, and pursuant to Federal Rule of Civil Procedure 4(m), this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: August 12, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**