Craig R. Brittain
8625 E. Sharon Dr.
Scottsdale, AZ, 85260
(602) 502-5612
craig@brittainforsenate.com
craigrbrittain@gmail.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRAIG R. BRITTAIN, AN INDIVIDUAL AND U.S. SENATE CANDIDATE IN ARIZONA; AND BRITTAIN FOR U.S. SENATE, A CAMPAIGN COMMITTEE,**<br><br>Plaintiffs,<br><br>vs.<br><br>**TWITTER, INC., A CALIFORNIA CORPORATION,**<br><br>Defendant. | CASE NO. 19-cv-00114-YGR<br><br>**NOTICE OF APPEAL** |

## I. Notice of Appeal to the 9th Circuit Court of Appeals

Plaintiff files the following Notice of Appeal to this Court. The Court has erred in its rulings regarding the Defendant's status as a self-declared public forum, ignored the precedential status of cases like Knight First Amendment Institute v. Trump, and generally reached a conclusion that does not reflect case law in this matter. Summarily, this Court has also ignored the presence of multiple antitrust investigations in this matter and demanded a burden of proof far beyond what the Plaintiff requires to make his case, while denying him access to reasonable Discovery set forth in the MIDP protocols. Whether it is due to this Court's lack of experience in the matter or lack of jurisdiction, or both, it is clear that this matter cannot be resolved in this venue, and may require even the Supreme Court of the United States. Additionally, this Court has failed to provide hearings, discourse or any sort of bearing, showing a clearcut bias for the Defendant which does not reflect reasonable expectations of practice.

1  Similarly, this Court does not actually rule on any of the Plaintiff's evidence,
2  including proven legitimate and admissible video/photographic evidence
3  of interviews and congressional hearings. Likewise, this Court has
4  deliberately avoided ruling on what should be considered admissible and
5  inculpatory as to the behavior of the Defendant in this matter. This, and the
6  general failings and errors made by this Court can and will be corrected
7  in the higher Courts. The evidence conclusively proves: (1) Defendant
8  has continually promised a Public Forum standard, (2) The President's
9  account and other similar accounts have been held to be Public Forums,
10 (3) There are over 100,000 similar accounts on Twitter that meet the
11 standard of the President's account, (4) Denial of access to these
12 Public Forums is a violation of the First Amendment, (5) Repeated
13 denial of access has turned Twitter into a "Digital Company Town"
14 in their self-declared Public Forum space, and (6) All of Plaintiff's claims
15 are conjoined and inextricable, with the result of the massive number of
16 violations being the DOJ's present antitrust investigation of Defendant,
17 Facebook, and Google. For these reasons, the Plaintiff Appeals.

22  DATED: August 16, 2019    _____
23                             Craig R. Brittain
24                             8625 E. Sharon Dr.
25                             Scottsdale, AZ, 85260
26                             (602) 502-5612
27                             craig@brittainforsenate.com
28                             craigrbrittain@gmail.com