FILED

MAR 6 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CRAIG R. BRITTAIN, an individual and U.S. Senate candidate in Arizona in the 2018 Federal Elections; BRITTAIN FOR U.S. SENATE, a principal campaign committee, <br><br>             Plaintiffs-Appellants, <br><br>   v. <br><br> TWITTER, INC., a California corporation, <br><br>             Defendant-Appellee. | No.   19-16622 <br><br> D.C. No. 4:19-cv-00114-YGR Northern District of California, Oakland <br><br> ORDER |

Before:   SILVERMAN, MURGUIA, and CHRISTEN, Circuit Judges.

The district court certified that this appeal is not taken in good faith and revoked appellants' in forma pauperis status on appeal. *See* 28 U.S.C. § 1915(a). On August 26, 2019, this court ordered appellants to explain in writing why this appeal should not be dismissed as frivolous. *See* 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

Upon a review of the record and response to the August 26, 2019 order, we conclude this appeal is frivolous. We therefore deny appellants' motion to proceed in forma pauperis (Docket Entry No. 7) and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2).

All other pending motions are denied as moot.

**DISMISSED.**